IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Cellspin Soft, Inc.,**

    **Plaintiff,**

v.

**Adidas America, Inc.;**

    **Defendant.**

Case No. 4:17-cv-05930-YGR



## STIPULATION OF DISMISSAL

Plaintiff Cellspin Soft, Inc. ("Plaintiff"), on the one hand, and Defendant Adidas America, Inc. ("Defendant"), on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff stipulates to the dismissal, with prejudice, of all claims and causes of action asserted in this case against Defendant, and Defendant stipulates to the dismissal without prejudice of all counterclaims asserted in this case against Plaintiff. The parties shall bear their own attorneys' fees, expenses, and costs.

Dated: August 31, 2020

*/s/ Matias Ferrario*
MATIAS FERRARIO
 Pro Hac Vice
TAYLOR J. PFINGST
 CA State Bar No. 316516
STEVEN DAVID MOORE
 CA State Bar No. 290875

Attorneys for Defendant
Adidas America, Inc.

*/s/ Randall T. Garteiser*
RANDALL T. GARTEISER
 CA State Bar No. 231821
CHRISTOPHER A. HONEA
 CA State Bar No. 232473
M. SCOTT FULLER
 TX State Bar No. 24036607

Attorneys for Plaintiff
Cellspin Soft, Inc.

## ATTESTATION

I, Randall Garteiser, as the ECF filer, attest that concurrence in the filing of this document and permission to sign on his behalf has been obtained from Matias Ferrario, counsel for Adidas America, Inc.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Northern District of California by using the CM/ECF system on August 31, 2020.

*/s/ Randall Garteiser*
Randall Garteiser